An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ABRAHAM GOTTLIEB, AN
INDIVIDUAL,
Appellant,
vs.
RAINBOW NEV, LLC, A NEVADA
LIMITED LIABILITY; JUDAH
SEPTIMUS, AN INDIVIDUAL; DANNY
BERGMAN, AN INDIVIDUAL; AND
RAYMOND HASUSSI, AN
INDIVIDUAL,
Respondents.

No. 63471

**FILED**

JUN 0 6 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On February 18, 2014, this court placed this appeal into the Civil Proper Person Pilot Program and gave appellant 40 days to file and serve his civil proper person appeal statement. Appellant's civil appeal statement was due in this court by March 31, 2014. To date, appellant has failed to file his civil proper person appeal statement or otherwise respond to this court's directive. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

14-18417

cc: Hon. Jerome T. Tao, District Judge
Jerry J. Kaufman, Settlement Judge
Abraham Gottlieb
Peel Brimley LLP/Henderson
Eighth District Court Clerk